Division, Fourth Department. October 22, 1914.) Action by the Belting & Machinery Company against the City of Corning. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.

BENJAMIN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Israel Benjamin against the City of New York. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

BENNETT v. COOKE. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Samuel A. Bennett against Charles D. Cooke. No opinion. Motion granted, with $10 costs. Order filed.

In re BLADEN et al. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) In the matter of the application of John T. Bladen and another, as committee of the person of Samuel E. Haslett, an incompetent person, etc.
PER CURIAM. Motion granted, without costs.
BURR, J., takes no part.

BLISS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Stanley Bliss against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BLOODGOOD v. REZNIKOFF. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by William E. Bloodgood against Nathan Reznikoff. No opinion. Motion granted.

BLUM, Respondent, v. ALLIANCE INS. CO. OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Max D. Blum against the Alliance Insurance Company of Philadelphia. Leo Levy, of Brooklyn, for appellant. D. H. Slade, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 1071.

BLUM, Respondent, v. ALLIANCE INS. CO. OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Max D. Blum against the Alliance Insurance Company of Philadelphia. L. Levy, of New York City, for appellant. D. Slade, of New York City, for respondent. No opinion. Motion denied. Settle order on notice. See, also, 149 N. Y. Supp. 1071.

BLUM v. FRANKLIN INS. CO. SAME v. LIVERPOOL, LONDON & GLOBE INS. CO. SAME v. POTOMAC INS. CO. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Separate actions by Max D. Blum against the Franklin Insurance Company, against the Liverpool, London & Globe Insurance Company, and against the Potomac Insurance Company. No opinion. Motions denied, with $10 costs in each case. Settle orders on notice.

In re BOARD OF WATER SUPPLY OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) In the matter of the application and petition of the Board of Water Supply of the City of New York, etc. Kensico Reservoir, Section No. 5. No opinion. Order affirmed by default, with $10 costs and disbursements. See, also, 148 N. Y. Supp. 1106.

In re BOARD OF WATER SUPPLY OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) In the matter of the application of the Board of Water Supply of the City of New York under section 42, c. 724, Laws 1905, as amended by section 9, c. 314, Laws 1906. Business Damage Commission No. 3; John D. W. Du Mond, claimant.
PER CURIAM. Award reversed, upon the ground that the damages are excessive, and new hearing granted, with costs to appellant to abide event, unless the claimant stipulates to reduce the damages to $1,500, in which case the award is so modified, and, as modified, affirmed, without costs.
SMITH, P. J., and HOWARD, J., dissent, upon the authority of Matter of New York Water Supply, 211 N. Y. 174, 105 N. E. 213.

BORDER ISLAND CO., Respondent, v. COWLES SHIPYARD CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 23, 1914.) Action by the Border Island Company against the Cowles Shipyard Company and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

BOWMAN, Respondent, v. STEWART et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Edward Bowman against James C.